**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 3:17-cv-1444-J-32JRK

GINAMARIE HANDELONG,

    Defendant.

## **O R D E R**

This case is before the Court on the Plaintiff's Amended Motion for Entry of Default Final Judgment (Doc. 11). On May 22, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that (1) Plaintiff's Amended Motion for Entry of Default Final Judgment be granted; (2) the Clerk enter judgment in favor of Plaintiff and against Defendant; (3) Plaintiff's proposed "Amended Final Judgment and Order Closing Case" be stricken; and (4) the Clerk be directed to close the file. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 13), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, (Doc. 13), is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Amended Motion for Entry of Default Final Judgment, (Doc. 11), is **GRANTED**.

3. The Clerk shall enter judgment in favor of the United States and against Ginamarie Handelong in the following amounts: $9,517.30 in principal; $4,408.56 in prejudgment interest as of April 20, 2018; $66.88 in prejudgment interest on the principal amount from April 20, 2018 through July 5, 2018 (accruing at the rate of 3.375% for a total of 76 days); post-judgment interest accruing at the legal rate established by 28 U.S.C. § 1961; and $45.00 in costs.

4. The proposed "Amended Final Judgment and Order Closing Case" is **STRICKEN**.

5. The Clerk shall terminate any pending motions and deadlines, and then close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of July, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record